| | |
|---|---|
| 1 | James W. Henderson, Jr., No. 071170 |
| 2 | **CARROLL, BURDICK & McDONOUGH LLP**<br>Attorneys at Law |
| 3 | 1007 7th Street, Suite 200<br>Sacramento, CA 95814 |
| 4 | Telephone: 916.446.5297<br>Facsimile: 916.446.4487 |
| 5 | Attorneys for Plaintiff |
| 6 | Kevin V. Ryan |
| 7 | **UNITED STATES ATTORNEY**<br>Alex G. Tse (CSBN 152348) |
| 8 | Assistant United States Attorney<br>350 Golden Gate Avenue |
| 9 | Box 36055<br>San Francisco, CA 94102-3495 |
| 10 | Telephone: (415) 436-6730<br>Facsimile: (415) 436-6748 |
| 11 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>CRAIG FRANKLIN, JOSEPH REYNOSO, STANLEY WALKER, et al.,<br><br>    Defendants. | No. C 03-00359 MMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND PERMITTING ATTENDANCE BY TELEPHONE<br><br>DATE: September 9, 2005<br>TIME: 10:30 a.m. |

The parties hereby stipulate to that the Case Management Conference in this matter presently scheduled for September 9, 2005, at 10:30 a.m., will be continued one week to September 16, 2005, at 10:30 a.m. The reason for the request for this continuance is that James W. Henderson, Jr., counsel for the plaintiff will be out of state on a vacation that was scheduled last year.

///

///

CBM-SAC\SA038227.1

STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE(NO. C 03-00359 MMC)

1   The parties further stipulate that all counsel may attend the Case Management
2   Conference by telephone. The reason for this stipulation is that Mr. Henderson's office is
3   located in Sacramento, California, outside the Northern District.

Respectfully submitted,

DATED:_____   **CARROLL, BURDICK & McDONOUGH LLP**

By: /s/ _____
JAMES W. HENDERSON, JR.
Attorneys for Plaintiff DAVID G. LEWIS

DATED:_____   **KEVIN V. RYAN**
United States Attorney

By: /s/ _____
ALEX G. TSE
Assistant United States Attorney

Attorneys for Defendant STANLEY WALKER

DATED:_____   **ATTORNEY GENERAL'S OFFICE OF THE STATE OF CALIFORNIA**

By: /s/ _____
M. REBECA MENDOZA, ESQ.

Attorneys for Defendants CRAIG FRANKLIN and JOSE REYNOSO

### ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the ~~March 4~~, September 9, 2005 Status Conference is continued to September 16, 2005 at 10:30 a.m. Counsel for all parties shall appear by telephone.

DATED: September 1, 2005

_____
THE HONORABLE MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE