James W. Henderson, Jr., No. 071170
Tania H. Colderbank, No. 213675
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
2100 21st Street
Sacramento, CA 95818-1708
Telephone: 916.456.2100
Facsimile: 916.456.3060

Attorneys for Plaintiff
DAVID G. LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEWIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CRAIG FRANKLIN; JOSEPH REYNOSO; STANLEY WALKER and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. C 03-00359 MMC<br><br>**STIPULATION AMENDING PRE-TRIAL PREPARATION ORDER; ORDER THEREON** |

Due to the recent departure from the Office of the California Attorney General of the attorney representing defendants Craig Franklin and Jose Reynoso, and the assignment of a new attorney to represent these defendants, as well as other scheduling issues relating to the depositions of the parties in this action, the parties and their respective attorneys of record each stipulate and agree to an amendment of the Pre-Trial Preparation Order to provide that the discovery cutoff date be continued from May 19, 2006 to July 21, 2006. This will not alter any of the other dates set forth in the Pre-Trial Preparation Order or serve to delay the pre-trial or trial schedule in this action, particularly since expert discovery does not close until July 21, 2006.

Accordingly, the parties request that the Court amend the Pre-Trial Preparation Order as specified above.

CBM-SAC\SA043300.1

1
2  I hereby agree to the terms of the above Stipulation.
3  Dated: 4/13/06                          CARROLL, BURDICK & McDONOUGH LLP
4
5                                          By: /s/ [signature]
6                                          James W. Henderson, Jr., Esq.
                                           Attorneys for Plaintiff
7                                          David G. Lewis
8  I hereby agree to the terms of the above Stipulation.
9  Dated: 4/13/06                          ASSISTANT UNITED STATES ATTORNEY
10
11                                         By: /s/ Karen McDonald /for/ [signature]
12                                         Alex G. Tse, Esq.
                                           Attorneys for Federal Defendant
13                                         Stanley Walker
14
   I hereby agree to the terms of the above Stipulation.
15 Dated: 4/13/06
16                                         OFFICE OF THE ATTORNEY GENERAL OF
                                           THE STATE OF CALIFORNIA
17
18                                         By: /s/ [signature]
19                                         Karen L. McDonald, Esq.
                                           Attorneys for Federal Defendants
20                                         Jose Reynoso and Craig Franklin
21
                                    **ORDER**
22
23    The parties having so stipulated, the Pre-Trial Preparation Order of this Court
   is hereby amended to provide for the cutoff of non-expert discovery on July 21, 2006. All
24
   other dates stated in that Order remain as specified.
25
26
27 Dated: April 13, 2006                   /s/ Maxine M. Chesney
28                                         United States Judge
                                           United States District Court