BILL LOCKYER, Attorney General
  of the State of California
MIGUEL A. NERI,
FIEL D. TIGNO, Supervising
  Deputy Attorney's General
KAREN L. DONALD
  Deputy Attorney General
State Bar No. 166437
P.O. Box 70550
1515 Clay Street, Suite 2000
Oakland, California  94612-0550
Telephone: (510) 622-2202
Fax: (510) 622-2121
Email:  karen.donald@doj.ca.gov

Attorneys for Defendants Craig Franklin and Joseph Reynoso

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEWIS,<br><br>          Plaintiff,<br><br>     v.<br><br>CRAIG FRANKLIN; JOSEPH REYNOSO; STANLEY WALKER and DOES 1 through 50,<br>DEPARTMENT OF CORRECTIONS<br><br>          Defendant. | CASE No. C 03-00359 MMC<br><br>**STIPULATION FOR CONFIDENTIALITY OF DOCUMENTS PRODUCED IN DISCOVERY BY DEFENDANTS' REYNOSO AND FRANKLIN; AND ORDER** |

It is hereby stipulated between defendants, Craig Franklin (Franklin) and Joseph Reynoso (Reynoso), and their attorneys and plaintiff David G. Lewis, and his attorneys, and defendant Stanley Walker (Walker), and his attorneys, as follows:

1.    Although defendants Franklin and Reynoso individually do not have any documents or materials that are responsive to Plaintiff's Request for Production of Documents, Set Number One, several documents and other things in the custody of the California Department of Corrections and Rehabilitation (CDCR) will produced on their behalf

in the course of this litigation. Plaintiff and his attorneys, as well as defendant Walker and his attorneys, agree that such documents and information are confidential and will be stored and treated as such. However, this stipulation does not waive the rights of Franklin, Reynoso, or CDCR of the right to take appropriate legal recourse.

2. Plaintiff and his attorneys, as well as Walker and his attorneys, agree that documents and information produced by defendants Franklin and Reynoso in this action pursuant to this stipulation will be used *only in this case* (i.e., Northern District of California Case No. C 03-00359MMC).

3. Plaintiff and his attorneys, as well as Walker and his attorneys, agree that the documents and other materials, as well as the information and names contained within the documents or other materials produced pursuant to this stipulation, will not be shared with any other parties or used for any purpose other than the litigation of the captioned matter and as provided herein.

4. Plaintiff's counsel agrees to provide a fully signed copy of this stipulation and order to plaintiff and to explain the terms of this stipulation and order to plaintiff prior to giving plaintiff any documents or information produced on behalf of Franklin and Reynoso in this litigation pursuant to this stipulation.

5. Plaintiff and his attorneys agree that they will not disseminate the documents and information produced pursuant to this stipulation to anyone other than plaintiff, plaintiff's attorneys and persons retained or employed by them, any witnesses or potential witnesses in this litigation, and plaintiff's legitimate litigation consultants in this case. To disseminate means to transmit, either directly or indirectly, by any method, including, but not limited to, oral, written, or electronic transmissions. Plaintiff's counsel may use the produced documents and information at depositions or trial in this case and may submit such materials to alternative dispute resolution providers approved by both parties in this case. Plaintiff and his attorneys agree to

instruct each person receiving produced documents and/or information that such person is not to publish or disseminate, in any way, the documents and/or information to others. Plaintiff and his attorneys will provide such instruction, along with a fully signed copy of this stipulation and order, prior to delivering the produced documents or information to each such person. Plaintiff and his attorneys agree to obtain from each person who receives documents and/or information produced pursuant to this stipulation in this matter, a written agreement to abide by the terms of this stipulation and order prior to giving such person any documents and/or information.

6. Within 20 days of the conclusion of this litigation, plaintiff and his attorneys agree to return all documents (including all copies, indices, and summaries of such documents) to counsel for Franklin and Reynoso. Plaintiff and his attorneys agree to destroy, at the earliest opportunity following this litigation, all documents describing information provided by Franklin, Reynoso, or CDCR in this litigation. The parties understand that plaintiff's counsel may keep attorney work-product documents following this litigation and that such documents may be required to be preserved for a period of five years pursuant to California Rule of Professional Conduct 4-100(b)(3). Plaintiff and his counsel agree to use such documents, and information derived from such documents, only for purposes of this action and to destroy such documents upon the completion of the appropriate time period.

7. Plaintiff and his attorneys agree to notify counsel for Franklin or Reynoso within 24 hours of discovery that any of the produced documents or things are missing, lost or stolen.

8. If plaintiff files any CDCR documents or documents containing CDCR confidential information produced pursuant to this stipulation with the court, such documents shall be filed under seal with the court.

9. This stipulation shall not apply to any CDCR documents or information obtained by Plaintiff and/or his attorneys by lawful means other than pursuant to this stipulation. Plaintiff's counsel agree to provide a copy of this fully signed stipulation and order to new attorneys obtained by plaintiff.

10. Plaintiff's counsel agrees to provide a copy of this fully signed stipulation and order to new attorneys obtained by plaintiff.

Respectfully submitted,

BILL LOCKYER, Attorney General
of the State of California
MIGUEL A. NERI,
FIEL D. TIGNO, Supervising
Deputy Attorney's General

DATED: _____

KAREN L. DONALD
Deputy Attorney General
Attorneys for Defendants
Craig Franklin and Jose Reynoso

OFFICE OF THE UNITED STATES ATTORNEY

DATED: _____

ALEX TSE, ESQ.
Assistant United States Attorney
Attorney for Defendant Stanley Walker

CARROLL, BURDICK & McDONOUGH, LLP

DATED: _____

JAMES HENDERSON
Attorney for Plaintiff David G. Lewis

Pursuant to Stipulation, it is so ordered., with the exception that no document shall be filed under seal unless the filing party first complies with the requirements of Civil Local Rule 79-5.

DATED: June 9, 2006

*[signature]*
HON. MAXINE M. CHESNEY
U.S. District Court Judge