1   James W. Henderson, Jr., No. 071170
    Tania H. Colderbank, No. 213675
2   **CARROLL, BURDICK & McDONOUGH** LLP
    1007 7th Street, Suite 200
3   Sacramento, CA  95814
    Telephone:      916.446.5297
4   Facsimile:      916.446.4487
    jhenderson@cbmlaw.com
5
    Attorneys for Plaintiff
6   DAVID G. LEWIS

7

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

| 11  DAVID G. LEWIS, | Case No. C 03-00359 MMC |
|---|---|
| 12            Plaintiff, | **STIPULATED ORDER FOR LEAVE TO TAKE DEPOSITION OF PRISONER HARRY DAVID LONG** |
| 13        v. | |
| 14 | |
| 15  CRAIG FRANKLIN; JOSEPH REYNOSO; STANLEY WALKER and DOES 1 through 50, inclusive, | |
| 16 | |
| 17            Defendants. | |

18

19

20          Consistent with the stipulation of the parties as set forth below, and pursuant to

21   FRCP 30a,

22          IT IS ORDERED that Plaintiff David G. Lewis be and is hereby granted leave

23   to take the deposition of Harry David Long, Inmate No. H-52007, a prisoner within the

24   custody of the California Department of Corrections and Rehabilitation and presently

25   incarcerated at the State Prison at Lancaster, California, Cell Number C5141L.

26          IT IS FURTHER ORDERED that the deposition of witness Harry David Long

27   may be taken for all purposes permitted by federal court rules.

28   IT IS SO ORDERED.

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SF313017.1

STIPULATED ORDER FOR LEAVE TO TAKE DEPOSITION OF PRISONER HARRY DAVID LONG

1  IT IS SO ORDERED.

2

3  Dated: June 21, 2006

   United States Judge
4  United States District Court

5

   I stipulate to the entry of the above order.
6

7  Dated: 6/21/06                    CARROLL, BURDICK & McDONOUGH LLP

8
                                     By:
9                                        James W. Henderson, Jr., Esq.
                                         Attorneys for Plaintiff
10                                       David G. Lewis

11

12 I stipulate to the entry of the above order.

13 Dated: 6/21/06                    ASSISTANT UNITED STATES ATTORNEY

14

15                                   By:

16                                      Alex G. Tse, Esq.
                                        Attorneys for Federal Defendant
17                                      Stanley Walker

18 I stipulate to the entry of the above order.

19 Dated: 6-21-06                    OFFICE OF THE ATTORNEY GENERAL OF
                                     THE STATE OF CALIFORNIA
20

21
                                     By:
22                                      Karen L. McDonald, Esq.
                                        Attorneys for Federal Defendants
23                                      Jose Reynoso and Craig Franklin

24

25

26

27

28

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SF313017.1                   -2-

STIPULATED ORDER FOR LEAVE TO TAKE DEPOSITION OF PRISONER HARRY DAVID LONG