James W. Henderson, Jr., No. 071170
Tania H. Colderbank, No. 213675
**CARROLL, BURDICK & McDONOUGH LLP**
1007 7th Street, Suite 200
Sacramento, CA 95814
Telephone:   916.446.5297
Facsimile:    916.446.4487
jhenderson@cbmlaw.com
tcolderbank@cbmlaw.com

Attorneys for Plaintiff
DAVID G. LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG FRANKLIN; JOSEPH REYNOSO; STANLEY WALKER and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 03-00359 MMC<br><br>**STIPULATION AMENDING PRE-TRIAL PREPARATION ORDER; ORDER THEREON** |

Due to the fact that several depositions still need to be taken and completed, some of which will occur out of state, as well as the deposition of a prisoner incarcerated in Southern California, the parties and their respective attorneys of record each stipulate and agree to an amendment of the Pre-Trial Preparation Order to provide that the discovery cutoff date be continued from July 21, 2006 to July 28, 2006. This will not alter any of the other dates set forth in the Pre-Trial Preparation Order or serve to delay the pre-trial or trial schedule in this action.

Accordingly, the parties request that the Court amend the Pre-Trial Preparation Order as specified above.

CBM-SAC\SF313466.1

Carroll, Burdick & McDonough LLP
Attorneys At Law
Sacramento

STIPULATION AMENDING PRE-TRIAL PREPARATION ORDER; ORDER THEREON

| | |
|---|---|
| 1 | I hereby agree to the terms of the above Stipulation. |
| 2 | Dated: 6/29/06      CARROLL, BURDICK & McDONOUGH LLP |

I hereby agree to the terms of the above Stipulation.

Dated: 6/29/06

CARROLL, BURDICK & McDONOUGH LLP

By: *(signature)*
James W. Henderson, Jr., Esq.
Tania H. Calderbank
Attorneys for Plaintiff
David G. Lewis

I hereby agree to the terms of the above Stipulation.

Dated: 6/29/06

ASSISTANT UNITED STATES ATTORNEY

By: *(signature)*
Alex G. Tse, Esq.
Attorneys for Federal Defendant
Stanley Walker

I hereby agree to the terms of the above Stipulation.

Dated:_____

OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By:_____
Karen L. Donald, Esq.
Attorneys for Defendants
Jose Reynoso and Craig Franklin

## ORDER

The parties having so stipulated, the Pre-Trial Preparation Order of this Court is hereby amended to provide for the cutoff of discovery on July 28, 2006. All other dates stated in that Order remain as specified.

Dated:_____

_____
United States Judge
United States District Court

I hereby agree to the terms of the above Stipulation.

Dated:_____  CARROLL, BURDICK & McDONOUGH LLP

By:_____
   James W. Henderson, Jr., Esq.
   Attorneys for Plaintiff
   David G. Lewis

I hereby agree to the terms of the above Stipulation.

Dated:_____  ASSISTANT UNITED STATES ATTORNEY

By:_____
   Alex G. Tse, Esq.
   Attorneys for Federal Defendant
   Stanley Walker

I hereby agree to the terms of the above Stipulation.

Dated: June 23, 2006  OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: /s/ Karen L. Donald
   Karen L. Donald, Esq.
   Attorneys for Defendants
   Jose Reynoso and Craig Franklin

### ORDER

The parties having so stipulated, the Pre-Trial Preparation Order of this Court is hereby amended to provide for the cutoff of discovery on July 28, 2006. All other dates stated in that Order remain as specified.

Dated: June 30, 2006

/s/ Maxine M. Chesney
United States Judge
United States District Court