United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID G. LEWIS,

    Plaintiff,

  v.

CRAIG FRANKLIN, et al.,

    Defendants
                               /

No. C-03-0359 MMC

**ORDER RE: SCHEDULING OF PRETRIAL MATTERS**

    In light of the parties' joint request to extend the discovery cut-off dates and dispositive motion filing date, as well as their joint request for a telephone conference regarding discovery, the status conference will remain as scheduled on July 28, 2006, at 10:30 a.m. in Courtroom 7, at which time the Court will address the parties' various concerns. The date for the parties to file their joint status conference statement remains as originally scheduled.

    **IT IS SO ORDERED.**

Dated: July 20, 2006

                                            MAXINE M. CHESNEY
                                            United States District Judge