KEVIN V. RYAN (CSBN 118321)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

ALEX G. TSE (CSBN 152348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6748
    Email: alex.tse@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID G. LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>CRAIG FRANKLIN, JOSEPH REYNOSO, STANLEY WALKER, and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. C 03-00359 MMC<br><br>**COUNSEL'S REQUEST TO APPEAR BY TELEPHONE AT FURTHER STATUS CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: July 28, 2006<br>Time: 10:30a.m. |

    Pursuant to Civil L.R. 16-10(a) the undersigned counsel for Federal Defendant Stanley Walker hereby requests to attend the further status conference by telephone. Counsel will be in Memphis, Tennessee, for personal family reasons on Friday, July 28, 2006, and it would be a

\\

\\

\\

\\

\\

\\

REQUEST TO APPEAR BY TELEPHONE                                                                                              Page 1
C 03-00359 MMC

1  personal and financial burden for the undersigned counsel to appear in person at the status
2  conference.

3                                          Respectfully submitted,

4  DATED:     July 21, 2006                KEVIN V. RYAN
                                           United States Attorney
5
                                           /s/ Alex G. Tse
6
                              By:          _____
7                                          ALEX G. TSE
                                           Assistant United States Attorney
8                                          Attorneys for Defendant STANLEY WALKER

9
                                    **ORDER**
10
                                                          all counsel shall
   For good cause shown, IT IS HEREBY ORDERED THAT ~~counsel may~~ appear by
11                                                          ^
   telephone at the further status conference on July 28, 2006.
12

13 DATED:  _July 24, 2006___           _____
                                       HON. MAXINE M. CHESNEY
14                                     United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO APPEAR BY TELEPHONE                                                     Page 2
C 03-00359 MMC