UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEWIS, | No. C-03-0359 MMC (JCS) |
| Plaintiff(s), | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART MOTION BY NON-PARTY TO QUASH OR MODIFY SUBPOENA** |
| CRAIG FRANKLIN, ET AL., | |
| Defendant(s). | |

On July 24, 2006, non-party Christopher Towler ("Towler") filed a Motion to Quash or Modify Subpoena directed to the California Department of Corrections and Rehabilitation ("CDCR") (the "Subpoena"). The Subpoena sought all CDCR files regarding Towler. Plaintiff filed a letter brief in opposition to the Motion on August 7, 2006. The Attorney General of the State of California, representing Defendants Franklin and Reynoso, along with the CDCR, filed a letter providing background information and non-opposition on August 7, 2006.

The Motion does not identify any privilege that would be applicable to the Subpoena. Nonetheless, Plaintiff agrees that psychological or medical records regarding Towler included in the CDCR records may be governed by a right of privacy. Plaintiff agrees that those records need not be produced. The Court will therefore will not order the production of medical and psychological records at this time.

Plaintiff's opposition also requests that the Court order that documents related to certain matters be produced without redaction. That matter is not properly before the Court at this time. If, after receipt of the production, Plaintiff determines that there are certain matters that were

1  improperly redacted, he may bring it to the attention of this Court after properly meeting and
2  conferring *in person* with counsel for the CDCR.

## CONCLUSION

4      For all of the foregoing reasons, IT IS ORDERED that the Motion is GRANTED IN PART
5  and DENIED IN PART.  The documents produced pursuant to the Subpoena are currently in the
6  custody of the Court.  Counsel for the CDCR is ORDERED to take possession of those documents,
7  remove from the production any medical or psychological records relating to inmate Towler, and
8  thereafter produce all remaining documents in the production to counsel for the parties to this action.
9      IT IS SO ORDERED.

11  Dated:  August 14, 2006

                    JOSEPH C. SPERO
                    United States Magistrate Judge

2