UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID G. LEWIS,  　　　　　　　　　　　　　　No. C-03-0359 MMC (JCS)

　　　　　　Plaintiff(s),

　　v.  　　　　　　　　　　　　　　　　**FURTHER ORDER RE MOTION TO QUASH**

CRAIG FRANKLIN, ET AL.,

　　　　　　Defendant(s).
_____/

　　　　Non-party Christopher Towler ("Towler") filed a Motion to Quash or Modify Subpoena (the "Motion"). This Court denied the Motion to Quash by Order dated August 14, 2006 [Docket No. 69]. Subsequently, the Court received an "Informal Letter Brief in Reply to Defendant's Letter Brief of August 7, 2006," under date of August 9, 2006. The Reply Letter Brief asserts that the records sought are protected by state regulations, specifically 15 CCR § 3261.2(e)(1)-(10); and that the records are not sufficiently relevant under Rule 45.

　　　　The Complaint in this matter raises claims under 42 U.S.C. § 1983 et seq. Because the case asserts federal claims, federal law governs the disclosure of evidence. *See Fed. R. Evid.* 501; Weinstein, *Federal Evidence*, § 501.02(2)(c) (Rev. 2005); *Religious Tech. Ctr. v. Wollersheim*, 971 F.2d 364, 367 n.10 (9th Cir. 1992). State law privileges, as a general matter, do not control. Nonetheless, the Court has, with the agreement of Plaintiff, ordered medical records and psychological records withheld.

　　　　With regard to relevance, the Court has determined that the production of the records in question is reasonably calculated to lead to the discovery of admissible evidence. *See Fed. R. Civ. P.* 26.

1   IT IS SO ORDERED.
2
3   Dated: August 15, 2006

JOSEPH C. SPERO
United States Magistrate Judge