IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEWIS,<br><br>    Plaintiff,<br><br>  v.<br><br>CRAIG FRANKLIN, et al.,<br><br>    Defendants<br>_____/ | No. C 03-0359 MMC<br><br>**ORDER COMPELLING WITNESS HARRY DAVID LONG TO APPEAR FOR DEPOSITION AND TO PROVIDE TESTIMONY** |

     Before the Court is the parties' "Stipulation Compelling Witness Harry David Long to Appear for Deposition and Provide Testimony," which the Court construes as a motion to compel, in that the parties cannot enter a "stipulation" with respect to the obligations of a third party.

     The Court, having knowledge of the issues presented in the above-titled action and having presided over the jury trial in a related matter (U.S. v. Lewis, CR-99-0186) in which Harry Long gave testimony, finds Harry Long to be a material witness in the instant action and, accordingly, hereby orders as follows:

     1. Plaintiff David G. Lewis is hereby granted leave to take the deposition of Harry David Long, Inmate Number H-52007, a prisoner within the custody of the California Department of Corrections and Rehabilitations and presently incarcerated at the State

1  Prison at Lancaster, California, Cell Number C5141L.

2      2. Said deposition is to take place on September 12, 2006 at 9:00 a.m. at the
3  Lancaster State Prison or at such other date and time as the counsel for the parties may
4  agree.

5      3. The deposition of Harry David Long may be taken for all purposes permitted by
6  the Federal Rules of Civil Procedure.

7      4. Harry David Long is hereby ordered to submit to a deposition pursuant to Rule 30
8  of the Federal Rules of Civil Procedure and subject to the contempt powers of this Court.
9  Nothing in this order shall preclude the witness from asserting any valid privileges
10 recognized by law that he may have relating to his testimony.

11     5. Counsel for any of the parties in this action may make arrangements to have
12 United States Magistrate Judge Joseph C. Spero, or such other United States Magistrate
13 Judge as designated by Magistrate Judge Spero, available by telephone to make rulings on
14 issues that may arise during the course of the deposition.

15     6. Plaintiff shall serve this order on Harry David Long.

16 **IT IS SO ORDERED**.

17 Dated: August 24, 2006

18                                                   MAXINE M. CHESNEY
                                                  United States District Judge