James W. Henderson, Jr., No. 071170
Tania H. Colderbank, No. 213675
**CARROLL, BURDICK & McDONOUGH LLP**
1007 7th Street, Suite 200
Sacramento, CA 95814
Telephone: 916.446.5297
Facsimile: 916.446.4487
jhenderson@cbmlaw.com
tcolderbank@cbmlaw.com

Attorneys for Plaintiff
DAVID G. LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEWIS, <br><br> Plaintiff, <br><br> v. <br><br> CRAIG FRANKLIN; JOSEPH REYNOSO; STANLEY WALKER and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. C 03-00359 MMC <br><br> **STIPULATION AMENDING PRE-TRIAL PREPARATION ORDER; ORDER THEREON** |

Due to the fact that several depositions still need to be taken and completed, the parties and their respective attorneys of record each stipulate and agree to an amendment of the Pre-Trial Preparation Order to provide that the discovery cutoff date be continued from Friday, November 17, 2006 to Monday, November 20, 2006 to permit the taking of the deposition of George Ortiz. This will not alter any of the other dates set forth in the Pre-Trial Preparation Order (as amended) or serve to delay the pre-trial or trial schedule in this action.

Accordingly, the parties request that the Court amend the Pre-Trial Preparation Order as specified above.

CBM-SAC\SA049858.1

I hereby agree to the terms of the above Stipulation.

Dated: 11/20/06

CARROLL, BURDICK & McDONOUGH LLP

By: _____
James W. Henderson, Jr., Esq.
Attorneys for Plaintiff
David G. Lewis

I hereby agree to the terms of the above Stipulation.

Dated: 11/20/2006

ASSISTANT UNITED STATES ATTORNEY

By: _____
Steven J. Saltiel, Esq.
Attorneys for Federal Defendant
Stanley Walker

I hereby agree to the terms of the above Stipulation.

Dated: _____

OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: _____
Karen L. Donald, Esq.
Attorneys for Defendants
Jose Reynoso and Craig Franklin

## ORDER

The parties having so stipulated, the Pre-Trial Preparation Order of this Court is hereby amended to provide for the cutoff of discovery on November 20, 2006. All other dates stated in that Order remain as specified.

Dated: _____

_____
United States Judge
United States District Court

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA049858.1                                              -2-

STIPULATION AMENDING PRE-TRIAL PREPARATION ORDER; ORDER THEREON

TOTAL P.02

I hereby agree to the terms of the above Stipulation.

Dated: 11/20/06       CARROLL, BURDICK & McDONOUGH LLP

By: /s/ James W. Henderson, Jr.
James W. Henderson, Jr., Esq.
Attorneys for Plaintiff
David G. Lewis

I hereby agree to the terms of the above Stipulation.

Dated: _____       ASSISTANT UNITED STATES ATTORNEY

By: _____
Steven J. Saltiel, Esq.
Attorneys for Federal Defendant
Stanley Walker

I hereby agree to the terms of the above Stipulation.

Dated: 11-20-06       OFFICE OF THE ATTORNEY GENERAL OF
THE STATE OF CALIFORNIA

By: /s/ Karen W. Donald
Karen L. Donald, Esq.
Attorneys for Defendants
Jose Reynoso and Craig Franklin

## ORDER

The parties having so stipulated, the Pre-Trial Preparation Order of this Court is hereby amended to provide for the cutoff of discovery on November 20, 2006. All other dates stated in that Order remain as specified.

Dated: November 21, 2006

/s/ Maxine M. Chesney
United States Judge
United States District Court