UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID G. LEWIS,

        Plaintiff,

   v.

CRAIG FRANKLIN, et al.,

        Defendants.
_____/

No. C-03-00359 MMC (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for January 10, 2007 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **January 24, 2007 at 9:00 a.m**.

On or before January 17, 2007, the parties shall deliver directly to the magistrate judge a Confidential Settlement Conference Statement that shall not be filed with the Clerk of the Court or served on the parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: December 29, 2006

                                                  *Elizabeth D. Laporte*
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge

United States District Court
For the Northern District of California