Dated: March 14, 2007

EDMUND G. BROWN JR.
   Attorney General of the State of California
MIGUEL A. NERI
FIEL D. TIGNO
   Supervising Deputy Attorneys General
KAREN L. DONALD
   Deputy Attorney General
State Bar No. 166437
P.O. Box 70550
1515 Clay Street, Suite 2000
Oakland, CA 94612
Telephone: (510) 622-2202
Fax: (510) 622-2121
Email:  karen.donald@doj.ca.gov

Attorneys for Defendants Craig Franklin and Joseph Reynoso

*IT IS SO ORDERED*
*[signature]*
*Judge Maxine M. Chesney*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEWIS,<br><br>                       Plaintiff,<br><br>   v.<br><br>CRAIG FRANKLIN; JOSE REYNOSO;<br>STANLEY WALKER and DOES 1 through<br>50, inclusive,<br>                       Defendants. | Case No. C 03-00359 MMC<br><br>**NOTICE CONTINUING HEARING ON MOTION FOR ATTORNEY'S FEES**<br><br>Date:   May 4 , 2007<br>Time:  9:00 a.m<br>Place:  Courtroom 7, 19th Floor<br>USDC Judge:  The Hon. Maxine M. Chesney |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the hearing on the motion for attorney's fees brought by defendants Craig Franklin and Jose Reynoso has been continued from April 6, 2007 to May 4, 2007, at 9:00 a.m. in Courtroom 7 of the United States District Court in San Francisco.

DATED:     March 14, 2007

                                            EDMUND G. BROWN JR., Attorney General
                                              of the State of California
                                              MIGUEL A. NERI
                                              FIEL D. TIGNO, Supervising
                                                Deputy Attorneys General

                           By:       /S/
                                      KAREN L. DONALD
                                      Deputy Attorney General

                                              Attorneys for Defendants
                                              Craig Franklin and Jose Reynoso

                                                         1.